1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA COTNER** | Case No.  CIV-09-2657 KJM |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from  April 26, 2010, to July 23, 2010.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: April 26, 2010 | /s/Bess M. Brewer |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: April 27, 2010                Benjamin B. Wagner

United States Attorney

/s/ Daniel Talbert
DANIEL TALBERT
Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

The parties' stipulation is approved in part, in that plaintiff's time to file summary judgment is extended to June 25, 2010.  SO ORDERED.

DATED:  April 28, 2010.

_____
U.S. MAGISTRATE JUDGE