IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA COTNER,

    Plaintiff,                    No. CIV S-09-2657 KJM

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,    ORDER

    Defendant.
_____/

        Plaintiff has twice requested extensions of time in which to file plaintiff's motion for summary judgment. In the last request for extension of time (docket no. 17), plaintiff stated the brief would be filed by July 12, 2010. That time has now passed. Plaintiff will be granted one final extension; no further extensions of time will be granted.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for summary judgment shall be filed no later than August 27, 2010. Failure to comply with this order shall result in dismissal of the complaint for lack of prosecution. Fed. R. Civ. P. 41(b).

DATED: July 21, 2010.

006 cotner.eot

U.S. MAGISTRATE JUDGE